No. 271, Misc.   SWANNER *v.* THOMAS, WARDEN, ET AL. Ct. App. Ky.   Certiorari denied.

No. 275, Misc.   D'ANTONIO *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.   Petitioner *pro se.*   *Frank S. Hogan* for respondent.

No. 277, Misc.   DASH *v.* LAVALLEE, WARDEN.   Ct. App. N. Y.   Certiorari denied.

No. 280, Misc.   VENEY *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se.*   *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 282, Misc.   FERNANDEZ *v.* WILSON, WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 284, Misc.   WOOD *v.* CONNEAUT LAKE PARK, INC. Sup. Ct. Pa.   Certiorari denied.   *George S. Goldstein* for petitioner.   *Stuart A. Culbertson* for respondent.

No. 285, Misc.   SMITH *v.* LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 298, Misc.   THACKER *v.* WARD MARKHAM Co. Sup. Ct. N. C.   Certiorari denied.   Petitioner *pro se.* *John H. Anderson* and *Willis Smith, Jr.,* for respondent.

No. 291, Misc.   BYRD *v.* OREGON.   Sup. Ct. Ore.   Certiorari denied.   Petitioner *pro se.*   *George Van Hoomissen* for respondent.